569 A.2d 928

PENNSYLVANIA BUILDERS ASSOCIATION; G. Keith Constructors, Inc.; David G. Heisey Development Company, Inc., and David G. Heisey, Inc., and Richard L. Baumgardner and Marcia H. Baumgardner, Appellants,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

Donald J. Murphy, Harrisburg, for appellants.

Ronald H. Skubecz, Harrisburg, for Com. of Pa.

Paul S. Roeder, Chief Counsel, for Dept. of Revenue.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.